UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GERALD MORRISON,

    Plaintiff,

v.                                CASE NO.  8:11-CV-1147-T-TBM

MICHAEL J. ASTRUE,
Commissioner of United States
Social Security Administration,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 21    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that Defendant's Amended Motion to Dismiss with prejudice be granted, and Defendant's Motion to Dismiss be denied as moot.

The Court has independently examined the pleadings.  No timely objections to the Report and Recommendation have been filed.  After consideration, the Court adopts and incorporates the Report and Recommendation.  Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted and incorporated**. Defendant's Amended Motion to Dismiss (Dkt. 18) with prejudice is **granted**.  This case is dismissed for lack of subject matter jurisdiction.  Defendant's Motion to Dismiss (Dkt. 17) is **denied as moot.**  The Clerk of Court shall close this case.

Case No. 8:11-CV-1147-T-17TBM

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 24th day of August, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record